```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LILEITH WILLIAMS,                                                      :
                                                                       :
                               Plaintiff,                              :
                                                                       :       24 Civ. 480 (JPC)
        -v-                                                            :
                                                                       :       ORDER
THE STOP & SHOP SUPERMARKET COMPANY LLC,                               :
                                                                       :
                               Defendants.                             :
                                                                       :
----------------------------------------------------------------------- :
                                                                       X
```

JOHN P. CRONAN, United States District Judge:

On October 6, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for October 20, 2025, at 2:00 p.m. Dkt. 5 at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. at 2. In light of the court holiday, both items were due October 14, 2025. The parties failed to submit either. The Court *sua sponte* extends the deadline for the parties to file the joint letter and proposed case management plan and scheduling order described in the Order at Docket Number 5 to October 17, 2025.

        SO ORDERED.

Dated: October 15, 2025
       New York, New York                              _____
                                                       JOHN P. CRONAN
                                                       United States District Judge